UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: MICHAEL PATRICK SMITH, II            CASE NO. 17-21033

DEBTOR(S)                                   CHAPTER 13
                                            Judge Wise

**ORDER SUSTAINING SECOND MOTION TO INCUR ADDITIONAL DEBT
FOR MORTGAGE TO PURCHASE A HOUSE**

The Debtor, has moved this Court for an order authorizing him to incur additional debt.

IT IS HEREBY ORDERED AND ADJUDGED, that the Debtor's motion is granted. The Debtor is authorized to incur additional debt in order obtain a mortgage to purchase a home which results in a mortgage that shall not exceed $217,000.00 with an interest rate not to exceed 4.75% and monthly payment not to exceed $1,406.00 per month which includes escrow for taxes and insurance.

Pursuant to Local Rule 9022-1, Benjamin N. Wolff, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 and shall file with the court a certificate of service of the order upon such parties within 7 days hereof, including the following:

All parties listed on the Court's mailing Matrix
The United States Trustee
Beverly Burden, Trustee
Debtor(s)

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, April 22, 2019**
(tnw)